IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAYMOND WILLIS, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-050
)
ALLEN O'BERRY, MR. ODELL, OFFICER )
N. SMALLS, and OFFICER BARGERON, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the same as its opinion. This case is **DISMISSED WITHOUT PREJUDICE**, and the **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 25th day of October 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA